**Entered on Docket**
**September 02, 2010**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**The following constitutes the order of the court. Signed September 02, 2010**



Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
For The Northern District Of California

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>RITO Q. LIGUTOM and<br>FLAMINGO R. LIGUTOM,<br><br>Debtors. | Case No. 10-52040-RLE<br><br>Chapter 13<br><br>**Date:** September 16, 2010<br>**Time:** 2:00 p.m.<br>**Place:** Courtroom 3099 |

## ORDER TO SHOW CAUSE

This case was filed on March 1, 2010 (Docket #1).

Along with the petition, Debtors filed a Chapter 13 Plan (Docket #2). On that same day, Debtors filed a First Amended Chapter 13 Plan (Docket #7). Objections to the First Amended Chapter 13 Plan were filed by American Honda Finance Corporation (Docket #13), Suntrust Mortgage, Inc. (Docket #15), Toyota Motor Credit Corporation (Docket #17), and the Chapter 13 Trustee (Docket #18).

Subsequently, Debtors filed a Second Amended Chapter 13 Plan (Docket #21). Objections to the Second Amended Chapter 13 Plan were filed by American Honda Finance Corporation (Docket #23), JP Morgan Chase Bank (Docket #24) and the Chapter 13 Trustee (Docket #26). As of the date of this Order to Show Cause, it does not appear that the objections to the Second Amended Chapter 13 Plan have been resolved.

/ / / /

It is unclear how much Debtors' counsel, Kenneth Graham, was paid to represent Debtors in this case as his filings are wildly inconsistent.

1/ The Rule 2016(b) Statement indicates that Debtors paid Mr. Graham $3,500, plus the filing fee, and, as of the filing date, still owed $2,500 (Docket #3).

2/ Review of Debtors' Statement of Financial Affairs indicates that Mr. Graham was paid $3,500 for legal fees, a $274 filing fee, $50 for a credit report and $1,000 for loan modification fees (Docket #1, p. 35).

3/ Debtors' 1st Amended Statement of Financial Affairs indicates that Debtors paid Mr. Graham $6,000 in legal fees, $274 for the filing fee, $50 for a credit report and $1,000 for loan modification fees (Docket #6, p. 4).

4/ Debtors' 2nd Amended Statement of Financial Affairs indicates that Debtors paid Mr. Graham $5,500 in "bankruptcy fees," $274 for filing fees, $50 for a credit report, and $800 for a loan modification fee (Docket #20, p. 13).

Confirmation hearings were held on May 5, 2010, June 17, 2010 and August 31, 2010. Mr. Graham, failed to appear at the confirmation hearing set for August 31, 2010, at 2:00 p.m., even though he had appeared by phone on matters called earlier during that calendar. At that hearing, the Court ordered the case dismissed without prejudice for failure to prosecute and retained jurisdiction to issue this Order to Show Cause.

For the foregoing reasons, for the reasons stated on the record at the August 31, 2010 confirmation hearing, and on the Court's own motion,

IT IS HEREBY ORDERED THAT on **September 16, 2010, at 2:00 p.m.** or as soon thereafter as the matter may be called, Mr. Graham shall **personally appear** in this Court to show cause why he should not be required to disgorge all or part of the funds received from these debtors pursuant to 11 U.S.C. § 105(a) and/or § 329(b).

IT IS FURTHER ORDERED that no later than **4:00 p.m. on Friday, September 10, 2010,** Mr. Graham shall file with the Court and serve on Debtors and the Chapter 13 Trustee, a declaration containing an accounting of all fees received from these Debtors for **any** services

performed, including a description of the services and the exact dates the funds were received.

IT IS FURTHER ORDERED that failure of Mr. Graham to personally appear at the hearing, or to meet the deadlines set forth in the Order to Show Cause may result in an order requiring Mr. Graham to disgorge all fees received, or other relief as the Court deems necessary and/or appropriate, without any further hearing.

* * * END OF ORDER * * *


Case: 10-52040 Doc# 29 Filed: 09/02/10 Entered: 09/02/10 16:44:30 Page 3 of 4

Court Service List: [by ecf and/or mail]
Rito Q Ligutom
400 Easter Avenue
Milpitas, CA 95035

Flamingo R Ligutom
400 Easter Avenue
Milpitas, CA 95035

Kenneth R. Graham
Law Offices of Kenneth R. Graham
1575 Treat Blvd #105
Walnut Creek, CA 94598

Devin Derham-Burk
P.O. Box 50013
San Jose, CA 95150-0013

Request for Special Notice

The Wolf Firm, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614

GE Money Bank
c/o Recovery Management Systems Corp.
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605
Attn: Ramesh Singh

Jonathan J. Damen
Routh Crabtree Olsen, PS
505 N. Tustin Avenue, Suite 243
Santa Ana, CA 92705

*** and all creditors ***